**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM CASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:26-cv-00642 |
| | ) | |
| v. | ) | [Removed from the Circuit Court of St. Louis County, Missouri, Law No. 26SL-CC01531] |
| | ) | |
| THRIVE STAR, LLC and FITAH ARAB, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

COMES NOW the Defendant, THRIVE STAR, LLC (hereinafter "Defendant Thrive Star"), by and through its attorneys, THE CHARTWELL LAW OFFICES, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal of the cause of action styled, *William Castro v. Thrive Star, LLC and Fitah Arab, 26SL-CC01531*, originally filed and now pending in the Circuit Court, Twenty First Judicial District, St. Louis County, Missouri, from said Circuit Court to the United States District Court for the Eastern District of Missouri, Eastern Division. In support of its Notice of Removal, Defendant Thrive Star states as follows:

1. Plaintiff William Castro (hereinafter "Plaintiff Castro") filed a Petition for Damages against Defendant Thrive Star and Defendant Fitah Arab (hereinafter "Defendant Arab") (collectively referred to as "Defendants"), in the Circuit Court for St. Louis County, Missouri, on February 9, 2026.

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rules, a copy of the complete file from the State Court is attached hereto and incorporated herein as **Exhibit A**.

3. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. § 1441 because it could have originally been filed in this Court pursuant to 28 U.S.C. § 1332.

4. Specifically, this Court has subject matter jurisdiction over this action because there is the requisite diversity of citizenship between Plaintiff Castro and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Upon information and belief, at the time the action was commenced and since then, Plaintiff Castro was and is a natural person and a citizen of the State of Missouri.

6. At the time the action was commenced and since then, Defendant Arab was and is a natural person and a citizen of the State of Ohio.

7. Defendant Thrive Star is a limited liability company with its principal place of business located in the State of Ohio and with Abdinur Guled as its sole member. Abdinur Guled is a natural person and a citizen of the State of Ohio. Therefore, Defendant Thrive Star is a citizen of the State of Ohio. *See Jet Midwest Int'l Co. v. Jet Midwest Grp., LLC*, 932 F.3d 1102, 1104 (8th Cir. 2019) ("The citizenship of non-incorporated entities like limited liability companies depends on the citizenship of their members.").

8. Therefore, there is requisite diversity between Plaintiff Castro and Defendants.

9. Although Plaintiff Castro does not plead a specific amount of damages, Defendant Thrive Star can establish the amount in controversy requirement is met based upon Plaintiff Castro's allegations of serious and permanent injuries in his Petition for Damages.

10. When plaintiffs fail to plead the specific amount of recovery they seek, the removing party in a case based upon diversity of citizenship must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000. *McCord v. Minn. Mutual Life Ins. Co. (In Re Minn. Mut. Life Ins. Co. Sales Practice Litig.)*, 346 F.3d 830, 834 (8th Cir. 2003); *see also, Bell v. Hershey Co.*, 557 F.3d 953, 956 (8th Cir. 2009); 28 U.S.C. § 1446(c)(2)(B) (amount in controversy determined by "preponderance of the evidence").

11. Importantly, "the jurisdictional fact…is not whether the damages *are* greater than the requisite amount, but whether a fact finder *might* legally conclude that they are." *James Neff Kramper Family Farm P'ship v. IBP, Inc.*, 393 F.3d 828, 833 (8th Cir. 2005) (citing *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002)).

12. Plaintiff Castro claims the accident caused Plaintiff Castro to suffer a multitude of damages, including, but not limited to: (a) injuries to his knees, head, neck, and back; (b) sustained an L1 compression fracture; (c) sustained herniated discs in multiple areas of his lumbar spine; (d) has permanent injuries in his neck and back; (e) economic damages for past and future medical bills; and (f) economic damages for past lost wages. (*See*, Petition at ¶¶ 6-10).

13. Where Plaintiff has alleged serious, permanent injures, Federal Courts in Missouri have concluded the amount in controversy requirement has been met. *See Ward v. Sailormen, Inc.*, No. 4:06-CV-1814 JCH, 2007 U.S. Dist. LEXIS 24784, at *5 (E.D. Mo. Apr. 3, 2007); *Quinn v. Kimble*, 228 F. Supp. 2d 1036, 1037-38 (E.D. Mo. 2002).

14. Thus, Plaintiff Castro's claims for damages arising from allegedly serious and permanent physical injuries coupled with the claims for lost wages, and other economic injuries demonstrates that based on the preponderance of the evidence, the amount in controversy exceeds $75,000.00.

15. The United States District Court for the Eastern District of Missouri, Eastern Division, embraces the county in which the state court action is now pending.

16. Thus, this Court is the proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

17. Defendant Thrive Star was served on March 30, 2026, which was less than 30 days ago, so this Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days of receipt of service.

18. Defendant Arab was served on April 2, 2026, which was less than 30 days ago, so this Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days of receipt of service.

19. Counsel for Defendant Thrive Star is also representing Defendant Arab and Defendant Arab consents to this removal.

20. Pursuant to 28 U.S.C. § 1446(d), Defendant Thrive Star will give written notice of the filing of this Notice of Removal to Plaintiff Castro and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of St. Louis County, Missouri, the Court in which the action is currently pending.

21. If any questions arise as to the propriety of the removal of this action, Defendant Thrive Star requests the opportunity to brief any disputed issues and to present oral argument in support of removal.

22. Pursuant to Local Rules, the Civil Cover Sheet and Original Filing Form are attached to this Notice of Removal as **Exhibit B** and **Exhibit C**, respectively.

23. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Defendant Thrive Star's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of (a) lack of jurisdiction over the person, (b) improper venue, (c) insufficiency of process, (d) insufficiency of service of process, (e) improper joinder of claims and/or parties, (f) failure to state a claim, (g) failure to join indispensable party, or (h) any other procedural or substantive defense available under state or federal law.

WHEREFORE, Defendant Thrive Star, LLC respectfully requests the above captioned action now pending in the Circuit Court, Twenty First Judicial District, St. Louis County, Missouri, be removed to the United States District Court for the Eastern District of Missouri, Eastern Division, and for such other and further relief as the Court deems just and proper under the circumstances.

**DEFENDANT DEMANDS TRIAL BY JURY.**

THRIVE STAR, LLC and FITAH ARAB,
Defendants

BY: */s/ Lawrence S. Hall*
THE CHARTWELL LAW OFFICES, LLP
Lawrence S. Hall, #63852
Lisa N. Guberman, #74674

THE CHARTWELL LAW OFFICES, LLP
500 N. Broadway
Suite 1850
St. Louis, Missouri 63102
Telephone 314.350.2640
PRIMARY E-MAIL: eservicestlouis@chartwelllaw.com
Secondary E-Service: lshall@chartwelllaw.com
Secondary E-Service: lguberman@chartwelllaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on April 29, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Matthew J. Sauter
Sauter Sullivan LLC
3415 Hampton Ave
St. Louis, MO 63139
msauter@ss-law.net

*Attorneys for Plaintiff*

/s/ Lisa A. Schwartz

THE CHARTWELL LAW OFFICES, LLP

500 N. Broadway
Suite 1850
St. Louis, Missouri 63102
Telephone 314.350.2640
PRIMARY E-MAIL: eservicestlouis@chartwelllaw.com
Secondary E-Service: lshall@chartwelllaw.com
Secondary E-Service: lguberman@chartwelllaw.com