26SL-CC01531

Electronically Filed - St Louis County - February 09, 2026 - 01:40 PM

**IN THE CIRCUIT COURT**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**ST. LOUIS COUNTY**

| | |
|---|---|
| WILLIAM CASTRO, | ) |
| | ) Cause No.: |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THRIVE STAR, LLC, | ) |
| Serve: 3736 Sunrise Lake Circle | ) |
| Columbus, OH 43219 | ) |
| | ) |
| and | ) |
| | ) |
| FITAH ARAB, | ) |
| Serve: 4329 Cricket Place | ) |
| Columbus, OH 43231 | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR DAMAGES**

COMES NOW Plaintiff, and for his Petition for Damages against Defendant, states as follows:

1.      The accident which is the subject of this lawsuit occurred on July 8, 2025 in St. Louis County, Missouri.

2.      At said time and place, Plaintiff was parked in his tractor trailer in the Amazon parking lot at James McDonnell Boulevard, when he was hit by Defendant Arab, who was driving a 2017 Freightliner tractor trailer bearing license plate PXA8714.

3.      At all times mentioned herein, the tractor trailer which Defendant Arab was driving was owned and operated by Defendant Thrive Star, LLC.

4.      At all times mentioned herein, Defendant Arab was the agent, servant, and/or employee of Defendant Thrive Star, LLC, and was acting in the course and scope of his

1

Electronically Filed - St Louis County - February 09, 2026 - 01:40 PM

employment and/or agency.

5. The accident was the direct and proximate result of the carelessness and negligence of Defendants in failing to exercise the highest degree of care in the following respects:

(a) Defendants failed to keep a careful lookout;
(b) Defendants were driving at an excessive speed;
(c) Defendants failed to yield the right-of-way;
(d) Defendants allowed their vehicle to come into contact with Plaintiff's vehicle, which was parked at the time of the accident;
(e) Defendants improperly attempted to park in a spot at the Amazon parking lot.

6. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff fell down in his truck and injured his knees, head, neck, and back.

7. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff sustained an L1 compression fracture.

8. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff sustained herniated discs in multiple areas of his lumbar spine and has permanent injuries to his neck and back.

9. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff incurred medical expenses presently totaling over $21,000 and may incur further medical expenses in the future because of such injuries.

10. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff sustained lost income.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount that is fair and reasonable in excess of $25,000, for costs, for interest, and for such other and further relief as the Court deems just and proper.

Electronically Filed - St Louis County - February 09, 2026 - 01:40 PM

**SAUTER • SULLIVAN • LLC**

By:/s/Matthew J. Sauter
  Matthew J. Sauter, #40645
  Attorney for Plaintiff
  3415 Hampton Avenue
  St. Louis, MO 63139
  Telephone: (314) 768-6800
  Facsimile: (314) 781-2726
  E-mail: msauter@ss-law.net